JS6/ENTER

**FILED**

MAR - 3 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

FRANKIE L. DREW,                          )   Case No. CV 10-0781-DOC (MLG)
                                          )
            Petitioner,                   )        JUDGMENT
                                          )
       v.                                 )
                                          )
DERRAL ADAMS, Warden,                     )
                                          )
            Respondent.                   )
_____ )

     IT IS ADJUDGED that the petition herein is dismissed with
prejudice.


Dated:  _____March 3, 2010_____


                              _____David O. Carter_____
                              David O. Carter
                              United States District Judge


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY